# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank Lindberg, | ) | |
| | ) | Case No. 4:12-mj-106 |
| Defendant. | ) | |

Before the court is a Motion to Dismiss Complaint filed by the Government pursuant to Fed. R. Crim. P. 48(a) on August 6, 2012. The government's motion (Docket No. 15) is **GRANTED** and the complaint against defendant is **DISMISSED**. Defendant is discharged from his conditions of release.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
